

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:      Angelina Gailey Individually and as Executrix of Estate of Patrick L. Gailey, Dan Patrick Gailey, and Patrick L. Gailey v. Pasqual Gutierrez

Appellate case number:    01-12-00490-CV

Trial court case number:  0904324

Trial court:               61st District Court of Harris County

The district clerk has filed a special clerk's record on jurisdiction. We conclude that the Court has jurisdiction over the appeal.

The filing fee has been paid. *See* TEX. R. APP. P. 5.

The district clerk is ordered to file in this Court, within 30 days of the date of this order, (1) the clerk's record in accordance with Rule of Appellate Procedure 34.5 or (2) notice that appellant has neither paid, nor made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 34.5 (governing contents of clerk's record), 35.1 (listing deadlines to file appellate record), 35.3 (defining responsibility to file record).

The court reporter is ordered to file in this Court, within 30 days of the date of this order, (1) the reporter's record in accordance with Rule of Appellate Procedure 34.6 or (2) notice that no record was taken or requested, or that appellant has neither paid, nor made arrangements to pay, the fee for preparing the reporter's record. *See* TEX. R. APP. P. 34.6 (governing contents of reporter's record), 35.1 (listing deadlines to file appellate record), 35.3 (defining responsibility to file record).

All currently pending motions are **dismissed**.

It is so **ORDERED**.

Judge's signature: <u>/s/ Jane Bland</u>
                        ☑ Acting individually    ☐ Acting for the Court

Date: <u>December 18, 2012</u>